UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF H.D. FOWLER COMPANY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>HARCON INC., an Idaho corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>Defendants. | NO:  CV-10-310-RMP<br><br>ORDER DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS |

BEFORE the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 21.  Having reviewed said motion and the file and pleadings therein, the Court finds good cause to grant the motion.  Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties Stipulated Motion for Dismissal with Prejudice, ECF No. 21, is **GRANTED**.  Plaintiff's Complaint and any and all counterclaims

ORDER DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS ~ 1

and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 20th day of October, 2011.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS ~ 2